1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
      11332 Mountain View Ave., Suite C
3        Loma Linda, California 92354
4        Telephone: (909) 796-4560
      Facsimile: (909) 796-3402
5        E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JACLYN TAVERNIER, | No. EDCV 09-135 FMO |
| Plaintiff, | **ORDER AWARDING EAJA FEES** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND TWO HUNDRED DOLLARS and 00/cents ($3,200.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 5/17/10        *Fernando M. Olguin*

HON. FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE